UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RORY HINES,

                        Plaintiff,

        -against-                        1:20-CV-9837 (CM)

IMAM JON YOUNG, et al.,              ORDER OF DISMISSAL

                      Defendants.

---

COLLEEN McMAHON, Chief United States District Judge:

      By order dated November 24, 2020, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 29, 2021
           New York, New York

                                                      COLLEEN McMAHON
                                                 Chief United States District Judge