UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RORY HINES,<br><br>       Plaintiff,<br><br>   -against-<br><br>IMAM JON YOUNG, et al.,<br><br>       Defendants. | 1:20-CV-9837 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued January 29, 2021, dismissing this action without prejudice,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 29, 2021
    New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge